March 7, 2003

STATE OF CONNECTICUT  
                              SS: Stamford  
COUNTY OF FAIRFIELD   )

Then and there, by virtue hereof, I made service of the within and foregoing original Order to show cause why Paul S. Yoney, Inc. and Gerald J. Yoney should not be held in contempt, Motion For an Order to show cause why Paul S. Young, Inc. and Gerald J. Yoney should not be held in Contempt in Court, Plaintiffs' memorandum ofpoints and authorities in support of plainiffs' Motion for order to show cause why aPaul S. Yoney, Inc. and Gerald J. Yoney should not be held in contempt of court upon the within named defendant  
Paul S. Yoney,Inc.

By leaving a true and attested copy of original Order to show cause why Paul S. Yoney, Inc. and Gerald J. Yoney should not be held in contempt, Motion For an Order to show cause why Paul S. Young, Inc. and Gerald J. Yoney should not be held in Contempt in Court, Plaintiffs' memorandum ofpoints and authorities in support of plainiffs' Motion for order to show cause why aPaul S. Yoney, Inc. and Gerald J. Yoney should not be held in contempt of court with my doings thereon endorsed.

In the hands of Stuart B. Ratner,Esq. accepted for Gerald Yoney for Paul S. Yoney,Inc.

The within and foregoing is the original Order to show cause why Paul S. Yoney, Inc. and Gerald J. Yoney should not be held in contempt, Motion For an Order to show cause why Paul S. Young, Inc. and Gerald J. Yoney should not be held in Contempt in Court, Plaintiffs' memorandum ofpoints and authorities in support of plainiffs' Motion for order to show cause why aPaul S. Yoney, Inc. and Gerald J. Yoney should not be held in contempt of court with my doings hereon endorsed.

| FEES | |
|---|---|
| TRAVEL | $ 30.00 |
| SERVICE | 30.00 |
| PAGES | 19.00 |
| ENDORSE | .80 |
| TOTAL | $79.80 |

Attest:  
*[signature]*  
CHARLES M. VALENTINO  
State Marshal / Fairfield County