IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL S. YONEY, INC. a/k/a YONEY INCORPORATED, et al., <br><br> Defendants. | Civil Action No. S96-2427 |

## ORDER

AND NOW, this 15 day of April, 2003, upon consideration of Defendants' Motion to Postpone and Reschedule Hearing on Order to Show Cause, and the entire record herein, it is

ORDERED, that the Motion to Postpone and Reschedule Hearing on Order to Show Cause is granted, and it is further

ORDERED, that the date for the hearing on the Order to Show Cause is hereby changed to May 9, 2003, at 10:30 am

Dated: April 15, 2003            /s/
                                 William D. Quarles, Jr.
                                 United States District Judge