**EXHIBIT A**

LAW OFFICES

## O'DONOGHUE & O'DONOGHUE

DONALD J. CAPUANO
JAMES R. O'CONNELL (DC & MD)
ROBERT MATISOFF
JOYCE A. MADER (DC & PA)
SALLY M. TEDROW
BRIAN A. POWERS
JOHN L. BOHMAN
FRANCIS J. MARTORANA (DC, MD & VA)
NICHOLAS R. FEMIA (DC & PA)
ELLEN O. BOARDMAN
CHARLES W. GILLIGAN (DC & MD)
LOUIS P. MALONE III
JOHN LEARY (DC & PA)
MARY O. FELLER (DC & PA)
JOHN R. HARNEY (DC, MD & VA)

PHYLLIS C. BORZI
EARL V. BROWN, JR.
    OF COUNSEL

4748 WISCONSIN AVENUE, NW
WASHINGTON, DC 20016
(202) 362-0041
FAX (202) 362-2640

8 NORTH ADAMS STREET
ROCKVILLE, MD 20850
(301) 251-0829

CONSTITUTION PLACE
SUITE 518
325 CHESTNUT STREET
PHILADELPHIA, PA 19106
(215) 629-4970

R. RICHARD HOPP (DC & MD)
GERARD M. WAITES (DC & PA)
MARK W. KUNST (DC & MD)
ROBERT P. CURLEY (PA ONLY)
DINAH S. LEVENTHAL (DC & MD)
JEAN M. KELLY
KEITH R. BOLEK (DC & MD)
DAVID D. CAPUANO (PA ONLY)
GREGORY F. MOORE (DC & MD)
JOHN M. McINTIRE (DC & MD)
JAMIE L. PRICE (DC & VA)
MAYDAD D. COHEN

MARTIN F. O'DONOGHUE
(1902-1973)
PATRICK C. O'DONOGHUE
(1930-1979)
JOSEPH P. BOYLE
(1954-1998)

April 11, 2003

**VIA FACSIMILE AND FIRST CLASS MAIL**

Stuart Ratner, Esq.
111 Prospect Street
Stamford, CT 06901

Re:  Trustees of the Plumbers and Pipefitters National Pension Fund
     v. Paul S. Yoney, Inc. a/k/a Yoney, Incorporated
     Civil Action No.

Dear Mr. Ratner:

This firm is legal counsel to the Trustees of the Plumbers and Pipefitters National Pension Fund ("National Pension Fund").

I am in receipt of your voice mail message of April 10, 2003 wherein you seem to indicate that we had discussed that the Plaintiffs would withdraw its pending Motion for Contempt scheduled to be heard in Baltimore on April 16, 2003 at 10:00 a.m. upon receipt of all outstanding contributions. You also indicated today that you sent the February 2003 contributions to my office today.

While receipt of the February 2003 contributions 21 days after the Court ordered your client to deliver them is appreciated, the National Pension Fund is not inclined to withdraw its Motion given that your client has never complied with the Injunctive Order since its entry. Please find enclosed a chart indicating that, as a result of its failure to comply with the Injunctive Order, the National Pension Fund is entitled to $30,361.95 in liquidated damages and $3,825.95 in interest based on its contribution history since the entry of the Injunctive Order. Additionally, the National Pension Fund will seek attorneys fees and costs to which it is entitled under ERISA § 502(g)(2).

Please contact the undersigned if you have any questions.

Very truly yours,

John R. Harney

JRH:nw

Enclosure

cc: PPNPF, Administrator

103326

PAUL S. YONEY, INC. a/k/a YONEY INCORPORATED

**NATIONAL PENSION FUND**
Interest Assessed at the Rate of 12% Per Annum Through Date of Payment
CONTRIBUTIONS, LIQUIDATED DAMAGES AND INTEREST:

| DATE | CONTRIB. RECEIVED | LIQUIDATED DAMAGES | DAILY INTEREST RATE | DAILY INTEREST | DUE DATE | DATE PAID/ CURRENT DATE | DAYS LATE | TOTAL INTEREST |
|---|---|---|---|---|---|---|---|---|
| Feb-97 | $908.00 | $90.80 | 0.033% | $0.30 | 20-Mar-97 | 27-Mar-97 | 7 | $2.10 |
| Mar-97 | $864.00 | $86.40 | 0.033% | $0.29 | 20-Apr-97 | 21-Apr-97 | 1 | $0.29 |
| Apr-97 | $574.00 | $57.40 | 0.033% | $0.19 | 20-May-97 | 14-Jul-97 | 55 | $10.42 |
| May-97 | $726.00 | $72.60 | 0.033% | $0.24 | 20-Jun-97 | 18-Aug-97 | 59 | $14.14 |
| Jun-97 | $1,140.00 | $114.00 | 0.033% | $0.38 | 20-Jul-97 | 18-Sep-97 | 60 | $22.57 |
| Jul-97 | $2,124.00 | $212.40 | 0.033% | $0.70 | 20-Aug-97 | 18-Sep-97 | 29 | $20.33 |
| Aug-97 | $3,633.00 | $363.30 | 0.033% | $1.20 | 20-Sep-97 | 25-Sep-97 | 5 | $5.99 |
| Sep-97 | $1,631.00 | $163.10 | 0.033% | $0.54 | 20-Oct-97 | 17-Nov-97 | 28 | $15.07 |
| Oct-97 | $2,072.00 | $207.20 | 0.033% | $0.68 | 20-Nov-97 | 23-Dec-97 | 33 | $22.56 |
|  | $32.00 | $3.20 | 0.033% | $0.01 | 20-Nov-97 | 09-Mar-98 | 109 | $1.15 |
| Nov-97 | $2,021.00 | $202.10 | 0.033% | $0.67 | 20-Dec-97 | 23-Jan-98 | 34 | $22.68 |
| Dec-97 | $2,331.00 | $233.10 | 0.033% | $0.77 | 20-Jan-98 | 27-Feb-98 | 38 | $29.23 |
| Jan-98 | $3,101.00 | $310.10 | 0.033% | $1.02 | 20-Feb-98 | 06-Apr-98 | 45 | $46.05 |
| Feb-98 | $3,138.50 | $313.85 | 0.033% | $1.04 | 20-Mar-98 | 04-May-98 | 45 | $46.61 |
| Mar-98 | $3,446.00 | $344.60 | 0.033% | $1.14 | 20-Apr-98 | 03-Jun-98 | 44 | $50.04 |
| Apr-98 | $3,570.00 | $357.00 | 0.033% | $1.18 | 20-May-98 | 06-Jul-98 | 47 | $55.37 |
| May-98 | $384.00 | $38.40 | 0.033% | $0.13 | 20-Jun-98 | 10-Jul-98 | 20 | $2.53 |
|  | $4,739.00 | $473.90 | 0.033% | $1.56 | 20-Jun-98 | 28-Aug-98 | 69 | $107.91 |
| Jun-98 | $4,313.00 | $431.30 | 0.033% | $1.42 | 20-Jul-98 | 21-Sep-98 | 63 | $89.67 |
| Jul-98 | $6,286.50 | $628.65 | 0.033% | $2.07 | 20-Aug-98 | 26-Oct-98 | 67 | $138.99 |
| Aug-98 | $6,329.00 | $632.90 | 0.033% | $2.09 | 20-Sep-98 | 30-Nov-98 | 71 | $148.29 |
| Sep-98 | $4,262.00 | $426.20 | 0.033% | $1.41 | 20-Oct-98 | 04-Jan-99 | 76 | $106.89 |
| Oct-98 | $6,837.00 | $683.70 | 0.033% | $2.26 | 20-Nov-98 | 15-Jan-99 | 56 | $126.35 |
| Nov-98 | $4,554.00 | $455.40 | 0.033% | $1.50 | 20-Dec-98 | 29-Jan-99 | 40 | $60.11 |
| Dec-98 | $5,611.50 | $561.15 | 0.033% | $1.85 | 20-Jan-99 | 24-Feb-99 | 35 | $64.81 |
| Jan-99 | $7,139.00 | $713.90 | 0.033% | $2.36 | 20-Feb-99 | 10-Mar-99 | 18 | $42.41 |
| Feb-99 | $6,268.50 | $626.85 | 0.033% | $2.07 | 20-Mar-99 | 03-May-99 | 44 | $91.02 |
| Mar-99 | $6,013.00 | $601.30 | 0.033% | $1.98 | 20-Apr-99 | 07-May-99 | 17 | $33.73 |
| Apr-99 | $6,592.00 | $659.20 | 0.033% | $2.18 | 20-May-99 | 07-Jun-99 | 18 | $39.16 |
| May-99 | $5,029.00 | $502.90 | 0.033% | $1.66 | 20-Jun-99 | 06-Jul-99 | 16 | $26.55 |
| Jun-99 | $5,148.50 | $514.85 | 0.033% | $1.70 | 20-Jul-99 | 16-Aug-99 | 27 | $45.87 |
| Jul-99 | $9,367.00 | $936.70 | 0.033% | $3.09 | 20-Aug-99 | 22-Sep-99 | 33 | $102.01 |
| Aug-99 | $8,140.50 | $814.05 | 0.033% | $2.69 | 20-Sep-99 | 05-Nov-99 | 46 | $123.57 |
| Sep-99 | $6,368.50 | $636.85 | 0.033% | $2.10 | 20-Oct-99 | 23-Nov-99 | 34 | $71.45 |
| Oct-99 | $7,663.00 | $766.30 | 0.033% | $2.53 | 20-Nov-99 | 06-Jan-00 | 47 | $118.85 |
| Nov-99 | $4,619.00 | $461.90 | 0.033% | $1.52 | 20-Dec-99 | 21-Jan-00 | 32 | $48.78 |
| Dec-99 | $4,564.75 | $456.48 | 0.033% | $1.51 | 20-Jan-00 | 08-Mar-00 | 48 | $72.31 |
| Jan-00 | $3,755.90 | $375.59 | 0.033% | $1.24 | 20-Feb-00 | 05-Apr-00 | 45 | $55.78 |
| Feb-00 | $3,666.75 | $366.68 | 0.033% | $1.21 | 20-Mar-00 | 18-May-00 | 59 | $71.39 |
| Mar-00 | $4,890.00 | $489.00 | 0.033% | $1.61 | 20-Apr-00 | 15-Jun-00 | 56 | $90.37 |
| Apr-00 | $3,504.00 | $350.40 | 0.033% | $1.16 | 20-May-00 | 05-Sep-00 | 108 | $124.88 |
| May-00 | $3,544.00 | $354.40 | 0.033% | $1.17 | 20-Jun-00 | 10-Aug-00 | 51 | $59.65 |
| Jun-00 | $3,672.00 | $367.20 | 0.033% | $1.21 | 20-Jul-00 | 25-Sep-00 | 67 | $81.19 |
| Jul-00 | $2,986.00 | $298.60 | 0.033% | $0.99 | 20-Aug-00 | 25-Oct-00 | 66 | $65.04 |
| Aug-00 | $4,695.20 | $469.52 | 0.033% | $1.55 | 20-Sep-00 | 25-Oct-00 | 35 | $54.23 |
| Sep-00 | $2,796.00 | $279.60 | 0.033% | $0.92 | 20-Oct-00 | 08-Nov-00 | 19 | $17.53 |
| Oct-00 | $3,090.05 | $309.01 | 0.033% | $1.02 | 20-Nov-00 | 15-Dec-00 | 25 | $25.49 |
| Nov-00 | $3,622.50 | $362.25 | 0.033% | $1.20 | 20-Dec-00 | 29-Dec-00 | 9 | $10.76 |
| Dec-00 | $2,792.20 | $279.22 | 0.033% | $0.92 | 20-Jan-01 | 15-Feb-01 | 26 | $23.96 |
| Jan-01 | $2,248.83 | $224.88 | 0.033% | $0.74 | 20-Feb-01 | 09-Mar-01 | 17 | $12.62 |
| Feb-01 | $2,457.55 | $245.76 | 0.033% | $0.81 | 20-Mar-01 | 30-Apr-01 | 41 | $33.25 |
| Mar-01 | $2,536.90 | $253.69 | 0.033% | $0.84 | 20-Apr-01 | 03-May-01 | 13 | $10.88 |
| Apr-01 | $1,643.35 | $164.34 | 0.033% | $0.54 | 20-May-01 | 06-Jun-01 | 17 | $9.22 |

04/08/03

1

PAUL S. YONEY, INC. a/k/a YONEY INCORPORATED

**NATIONAL PENSION FUND**
Interest Assessed at the Rate of 12% Per Annum Through Date of Payment
CONTRIBUTIONS, LIQUIDATED DAMAGES AND INTEREST:

| DATE | CONTRIB. RECEIVED | LIQUIDATED DAMAGES | DAILY INTEREST RATE | DAILY INTEREST | DUE DATE | DATE PAID/ CURRENT DATE | DAYS LATE | TOTAL INTEREST |
|---|---|---|---|---|---|---|---|---|
| May-01 | $182.27 | $18.23 | 0.033% | $0.06 | 20-Jun-01 | 16-Jul-01 | 26 | $1.56 |
|  | $1,674.40 | $167.44 | 0.033% | $0.55 | 20-Jun-01 | 21-Jun-01 | 1 | $0.55 |
| Jun-01 | $90.85 | $9.09 | 0.033% | $0.03 | 20-Jul-01 | 24-Jul-01 | 4 | $0.12 |
|  | 151.22 | $15.12 | 0.033% | $0.05 | 20-Jul-01 | 15-Aug-01 | 26 | $1.30 |
|  | $1,472.00 | $147.20 | 0.033% | $0.49 | 20-Jul-01 | 24-Jul-01 | 4 | $1.94 |
| Jul-01 | $1,664.05 | $166.41 | 0.033% | $0.55 | 20-Aug-01 | 29-Aug-01 | 9 | $4.94 |
| Aug-01 | $2,929.63 | $292.96 | 0.033% | $0.97 | 20-Sep-01 | 24-Sep-01 | 4 | $3.87 |
| Sep-01 | $2,082.08 | $208.21 | 0.033% | $0.69 | 20-Oct-01 | 08-Nov-01 | 19 | $13.05 |
| Oct-01 | $3,187.80 | $318.76 | 0.033% | $1.05 | 20-Nov-01 | 28-Dec-01 | 38 | $39.98 |
| Nov-01 | $2,306.33 | $230.63 | 0.033% | $0.76 | 20-Dec-01 | 12-Feb-02 | 54 | $41.10 |
| Dec-01 | $2,173.50 | $217.35 | 0.033% | $0.72 | 20-Jan-02 | 27-Feb-02 | 38 | $27.26 |
| Jan-02 | $2,888.80 | $288.88 | 0.033% | $0.95 | 20-Feb-02 | 20-Mar-02 | 28 | $26.69 |
| Feb-02 | $2,359.80 | $235.98 | 0.033% | $0.78 | 20-Mar-02 | 06-May-02 | 47 | $36.60 |
| Mar-02 | $3,277.50 | $327.75 | 0.033% | $1.08 | 20-Apr-02 | 10-May-02 | 20 | $21.63 |
| Apr-02 | $4,005.45 | $400.55 | 0.033% | $1.32 | 20-May-02 | 30-May-02 | 10 | $13.22 |
| May-02 | $6,462.43 | $646.24 | 0.033% | $2.13 | 20-Jun-02 | 03-Jul-02 | 13 | $27.72 |
| Jun-02 | $5,539.55 | $553.96 | 0.033% | $1.83 | 20-Jul-02 | 31-Jul-02 | 11 | $20.11 |
| Jul-02 | $6,993.15 | $699.32 | 0.033% | $2.31 | 20-Aug-02 | 09-Sep-02 | 20 | $46.15 |
|  | $1,277.65 | $127.77 | 0.033% | $0.42 | 20-Aug-02 | 11-Oct-02 | 52 | $21.92 |
| Aug-02 | 10872.46 | $1,087.25 | 0.033% | $3.59 | 20-Sep-02 | 11-Oct-02 | 21 | $75.35 |
| Sep-02 | $8,391.29 | $839.13 | 0.033% | $2.77 | 20-Oct-02 | 12-Nov-02 | 23 | $63.69 |
| Oct-02 | $10,603.35 | $1,060.34 | 0.033% | $3.50 | 20-Nov-02 | 24-Jan-03 | 65 | $227.44 |
| Nov-02 | $7,372.93 | $737.29 | 0.033% | $2.43 | 20-Dec-02 | 24-Feb-03 | 66 | $160.58 |
| Dec-02 | $6,008.35 | $600.84 | 0.033% | $1.98 | 20-Jan-03 | 10-Mar-03 | 49 | $97.16 |
| Jan-03 | $6,211.21 | $621.12 | 0.033% | $2.05 | 20-Feb-03 | 31-Mar-03 | 39 | $79.94 |
| **TOTALS:** |  | **$30,361.95** |  |  |  |  |  | **$3,825.95** |

04/08/03

2