**EXHIBIT 1**

**STUART B. RATNER, P. C.**
A PROFESSIONAL CORPORATION
ATTORNEY AT LAW
111 PROSPECT STREET
STAMFORD, CONNECTICUT 06901

STUART H. RATNER

ADMITTED: CONNECTICUT BAR
NEW YORK BAR
U.S. TAX COURT
U.S. DISTRICT COURT

TELEPHONE
(203) 323-4900

FAX
(203) 323-4141

April 11, 2003

John R. Harney, Esq.
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, N.W.
Washington, DC 20016

Re: Trustees of the Plumbers and Pipefitters National Pension Fund v. Paul S. Yoney Co.

Dear John:

Please find enclosed our client's February union payment, which was due March 20, 2003. Our client has informed us that they previously forwarded to your client the payment due for the month of January. Therefore, upon receipt of the enclosed payment, our client is current in all union contribution obligations.

Please also be aware of the fact that I am holding in my possession the check necessary to pay the March union contribution, due on April 20, 2003. I will forward this payment to you before April 20th.

Based upon the foregoing, there is no reason for you to proceed forward with your pending order to show cause and I would greatly appreciate it if you would indicate to the Court that you are withdrawing your motion.

Sincerely,

Stuart B. Ratner

SBR/th
enclosure

|  | 4366 |
|---|---|
| **PAUL S. YONEY CO.**<br>879 LINDLEY STREET<br>BRIDGEPORT, CT 06606 | 55-150/212 |
|  | DATE March 10, 2003 |
| PAY TO THE ORDER OF ___Plumbers & Pipefitters National Pension Fund___ | $ 5,335.81 |
| ~~5,335.81~~ DOLLARS | |
| **HUDSON UNITED BANK HUB**<br>North End Office<br>975 Madison Ave.<br>Bridgeport, CT 06606   www.hudsonunitedbank.com | |
| FOR Feb. (J) 5136.31 (A) 199.50 | Gerald J. Yoney |
| ⑊004366⑊ ⑆021201503⑆ 3980957856⑊ | |

```
U1/219   ETE01  0001311 777           U   DUES CHECKOFF
737                                    N   3% BLDG TRADES                    1790.50
```

# PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND
P.O. BOX 62031 • BALTIMORE, MD 21264-2031
AND OTHER FUNDS AS DESIGNATED BELOW

**CONTRACTOR'S NAME AND ADDRESS**

YONEY INC
679 LINDLEY ST
BRIDGEPORT, CT    06606-5045

**EMPLOYER FEDERAL IDENTIFICATION NUMBER**
061412648

**ACCOUNT NUMBER / GROUP / CONTRACT / LOCAL**
0012419  PTE01  0001311  777
0777

**DECLARATION:** The above named contractor affirms and declares that is is a party to a written agreement requiring contributions to the Plumbers and Pipefitters National Pension Fund, and also agrees to be bound by the terms of the Fund's Amended Standard Form of Participation Agreement and by the Funds Agreement and Declaration of Trust, and also certifies that this report includes only employees covered under the terms of a collective bargaining agreement with the United Association, or a United Association local union and does not include a sole proprietor or partner of the contractor.

## CALCULATION OF CONTRIBUTIONS

| FUND | TOTAL HOURS | RATE | AMOUNT |
|---|---|---|---|
| NATIONAL PENSION FUND | 1975.5 | 2.55 | 5037.53 |
| INTL TRAINING FUND |  | 0.05 | 98.78 |
| H&W |  | 3.90 | 7704.45 |
| CT.PENSION |  | 2.30 | 4543.65 |
| APPRENTICE FND |  | .36 | 711.18 |
| INDUSTRY FUND |  | .27 | 533.39 |
| ANNUITY FUND |  | 2.10 | 4148.55 |
| DUES CHECKOFF |  |  |  |
| 3% BLDG TRADES |  |  | 1790.50 |

SEE REVERSE OF FORM FOR INSTRUCTIONS AND DELINQUENCY NOTICE

**PAYROLL PERIOD ENDING:** 2/9-16-23-& 3/2/03
**REPORT MONTH:** 2 03

| SOCIAL SECURITY NUMBER | LAST NAME | Initials | 1ST | 2ND | 3RD | 4TH | 5TH | O/T HRS. | TOTAL HOURS | DUES | GRS WG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | ALONZO | J | 40.0 | 40.0 | 32.0 | 40.0 |  |  | 152.0 | 131.18 | 4373.04 |
| 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 | ANCOLINA | A | LAID OFF 9/6/02 |  |  |  |  |  |  |  |  |
| 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 | DAGLIERE | R | LAID OFF 12/17/02 |  |  |  |  |  |  |  |  |
| 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 | FINDLEY | J | LAID OFF 12/5/02 |  |  |  |  |  |  |  |  |
| 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 | FIGULY | D | 40.0 | 40.0 | 24.0 | 40.0 |  |  | 144.0 | 124.27 | 4142.88 |
| 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 | FURL | I |  |  |  |  |  |  |  |  |  |
| 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 | GARDNER | D | 40.0 | 40.0 | 32.0 | 40.0 |  |  | 152.0 | 141.67 | 4722.64 |
| 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 | HEETER | D | LAID OFF 12/17/02 |  |  |  |  |  |  |  |  |
| 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 | JUDD | C | 39.0 | 40.0 | 32.0 | 39.0 |  |  | 150.0 | 129.46 | 4315.50 |
| 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 | KOSA | A | 40.0 | 40.0 | 31.0 | 40.0 |  |  | 151.0 | 130.32 | 4344.21 |
| 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 | KROM | C | 40.0 | 40.0 | 41.5 | 40.0 |  |  | 161.5 | 156.58 | 5219.59 |
| 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 | LEDAN | M | 48.0 | 40.0 | 40.0 | 40.0 |  |  | 168.0 | 161.34 | 5378.48 |
| 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 | MILLER | R | LAID OFF 12/17/02 |  |  |  |  |  |  |  |  |
| 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 | MUENZEN | M | LAID OFF 12/5/02 |  |  |  |  |  |  |  |  |
| 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 | PETERSEN | R | 48.0 | 41.0 | 41.0 | 40.0 |  |  | 170.0 | 172.98 | 5766.30 |

**PREPARED BY:** E. Petro
**PHONE #:** (203) 336-0131
**DATE:** 3/10/03
**TOTALS**

BUILDING TRADES EVERY NON-APPR

MAIL ORIGINAL REPORT AND CHECK FOR NPF & INTL TRNG FUND TO:
PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND
PO BOX 62031, BALTIMORE, MD 21264-2031