UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE PLUMBERS AND
PIPEFITTERS NATIONAL PENSION FUND

        Plaintiffs

v.                                              Civil Action No. S96-2427

YONEY, INC. a/k/a PAUL S.
YONEY, INC.

   and

GERALD J. YONEY,

        Defendants.


## SUPPLEMENTAL DECLARATION OF ATTORNEY'S FEES

I, John R. Harney, of O'Donoghue & O'Donoghue, counsel of record of Plaintiffs, Trustees of the Plumbers and Pipefitters National Pension Fund (hereinafter "National Pension Fund"), hereby certify, declare and verify under penalty of perjury pursuant to 28 U.S.C § 1746 this 9th day of May, 2003, the following:

    1   That I am a partner attorney with the law firm of O'Donoghue & O'Donoghue, the counsel of record for the Plaintiffs.

    2.   That, since the Defendant filed its Response to the Motion to Show Cause on May 8, 2003 at 11:04 a.m., the firm expended 7 hours of attorney time preparing for and attending the hearing and 5 hours of paralegal time preparing documents for the hearing in the above-captioned case on behalf of Plaintiffs.

1

3. That the amount of time expended is within the usual and customary time spent by an attorney on this type of case.

4. O'Donoghue & O'Donoghue has negotiated a fee of $175.00 per hour (attorney time) and $100.00 per hour (paralegal time) with its client, the National Pension Fund for the performance of this type of legal representation. We believe that this hourly fee is below the usual and customary fee charged for this type of work.

5. Plaintiffs' counsel respectfully requests the Court to grant Plaintiffs attorneys fees of $1,725.00 in addition to the attorneys' fees in the amount of $1,700.00 and costs in the amount of $79.80 awarded at today's hearing.

104176_1