IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND,**<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**PAUL S. YONEY, INC. a/k/a YONEY INCORPORATED, et al.,**<br><br>　　　　Defendants. | Civil Action No. 1:96-cv-02427 |

## NOTICE OF FILING OF SWORN STATEMENT

Now comes Defendant Paul S. Yoney, Inc. a/k/a Yoney Incorporated, by its attorneys, and in compliance with this Court's Order of May 20, 2003, files the attached sworn statement of Stuart B. Ratner setting forth in detail the steps taken to comply with said Order.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　EPSTEIN BECKER & GREEN, P.C.


　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　Brian Steinbach
　　　　　　　　　　　　　　Bar No. 24849
　　　　　　　　　　　　　　1227 25th Street, N.W.
　　　　　　　　　　　　　　Suite 700
　　　　　　　　　　　　　　Washington, D.C. 20037
　　　　　　　　　　　　　　(202) 861-1870

DATED: May 30, 2003

DC:223920.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above Notice of Filing of Sworn Statement, along with the accompanying Declaration of Stuart B. Ratner, was served this 30th day of May, 2003, by electronic service, on the following:

>John R. Harney
>O'Donoghue & O'Donoghue
>4748 Wisconsin Avenue, N.W.
>Washington, D.C. 20016
>
>Attorneys for Plaintiffs

_____/s/_____
Brian Steinbach