IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND,**<br><br>**Plaintiffs,**<br><br>*v.*<br><br>**PAUL S. YONEY, INC. a/k/a YONEY INCORPORATED, et al.,**<br><br>**Defendants.** | **Civil Action No. 1:96-cv-02427** |

## NOTICE OF FILING OF SWORN STATEMENT

Now comes Defendant Paul S. Yoney, Inc. a/k/a Yoney Incorporated, by its attorneys, and in compliance with the June 23, 2003 request of this Court, files the attached sworn Affidavit of Gerald J. Yoney setting forth certain information requested by the Court.

    Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

    /s/
Brian Steinbach
Bar No. 24849
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-1870

DATED: July 2, 2003

DC:227287v1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the above Notice of Filing of Sworn Statement, along with the accompanying Affidavit of Gerald J. Yoney, was served this 2nd day of July, 2003, by electronic service, on the following:

>John R. Harney
>O'Donoghue & O'Donoghue
>4748 Wisconsin Avenue, N.W.
>Washington, D.C. 20016
>
>Attorneys for Plaintiffs

_____/s/_____
Brian Steinbach