IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND,** | |
| **Plaintiffs,** | |
| *v.* | **Civil Action No. 1:96-cv-02427** |
| **PAUL S. YONEY, INC. a/k/a YONEY INCORPORATED, et al.,** | |
| **Defendants.** | |

## CERTIFICATION OF WITHDRAWING COUNSEL

Now comes withdrawing counsel Brian Steinbach, Esq., and pursuant to Local Rule 101(2)(b), certifies as follows:

1. The names and last known address of the Defendants are as follows:

   Paul S. Yoney, Inc. a/k/a Yoney Incorporated
   Gerald J. Yoney d/b/a Paul S. Yoney, Inc.
   Gerald J. Yoney
   c/o Stuart B. Ratner, Esq.
   Stuart B. Ratner, P.C.
   111 Prospect Street
   Stamford, CT 06901

2. Written notice was faxed to the Defendants on January 5, 2006 advising them of counsel's proposed withdrawal and notifying them that they must have new counsel enter an appearance or be subject to default judgment on claims against them. Defendants were further advised that in the event that new counsel has not entered an appearance within thirty days of the filing of the motion to withdraw, the Court may take such action as it deems appropriate, including granting the motion to withdraw and dismissing any affirmative claim for

DC:504080v1                                **EXHIBIT A**

relief asserted by them and/or directing them to show cause why a default should not be entered on claims asserted against them.

    3.  Counsel has received no response to the letter faxed on January 5, 2006.

.

          /s/
Brian Steinbach
Bar No. 24849
Epstein Becker & Green, P.C
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-1870

DATED: January 11, 2006

2