IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND,**<br><br>　　　　　　**Plaintiffs,**<br><br>　　*v.*<br><br>**PAUL S. YONEY, INC. a/k/a YONEY INCORPORATED, et al.,**<br><br>　　　　　　**Defendants.** | **Civil Action No. 1:96-cv-02427** |

## ORDER

　　AND NOW, this      day of         , 2006, upon consideration of the Motion to Withdraw Appearance on Behalf of Defendants filed by Brian Steinbach, Esq. and Epstein Becker & Green, P.C., any opposition thereto and the entire record herein, it is

　　ORDERED, that the Motion to Withdraw Appearance on Behalf of Defendants is granted, and it is further

　　ORDERED, that the appearance on behalf of Defendants by Brian Steinbach, Esq. and Epstein Becker Green, P.C. is hereby withdrawn.


　　Dated: _____, 2006　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge


DC:504097v1